FILED

01/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0716

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Case No. DA 23-0716

RODNEY BRANDT and HEIDI
BRANDT, MARSHALL FLADAGER and
NEVA FLADAGER, and LARRY
LAUTARET and RENA LAUTARET,

    Plaintiffs/Counter-Defendants/
    Appellees/Cross-Appellants,

-vs-

R&R MOUNTAIN ESCAPES, LLC, a
Montana Limited Liability Company,

    Defendant/Counterclaimant/
    Appellant/Cross-Appellee.

**ORDER GRANTING
UNOPPOSED MOTION FOR
EXTENSION OF TIME TO
FILE OPENING BRIEF**

Appellant R&R Mountain Escapes, LLC ("Appellant") has filed an Unopposed Motion for Extension of Time to File its Opening Brief. Appellant's counsel has represented to the Court that she has contacted counsel for Appellees and Cross-Appellants, Rodney Brandt, Heidi Brandt, Marshall Fladager, Neva Fladager, Larry Lautaret, and Rena Lautaret, and they do not object to this Motion.

For good cause appearing,

**IT IS ORDERED** that Appellant's Motion for Extension of Time to File its Opening Brief is **GRANTED.**

**IT IS FURTHER ORDERED** that Appellant shall have up to and including March 6, 2023, to file its opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 19 2024